**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-7113

ENRICO E. BROWN,

       Plaintiff - Appellant,

    v.

PRINCE GEORGE'S COUNTY DEPARTMENT OF CORRECTIONS; MARY LOU MCDONOUGH; OFFICER LILLY; OFFICER IGWIE; CORIZON, LLC; ABU KALOKOH, Medical Administrator; DR. MESKEREM ASRESAHEGN,

       Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge. (8:20-cv-01087-PWG)

Submitted: July 25, 2022                           Decided: August 9, 2022

Before KING and DIAZ, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Enrico E. Brown, Appellant Pro Se.  Shelley Lynn Johnson, Associate County Attorney, PRINCE GEORGE'S COUNTY OFFICE OF LAW, Largo, Maryland; Megan Trocki Mantzavinos, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., Towson, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Enrico E. Brown appeals the district court's order granting summary judgment to Defendants on Browns' 42 U.S.C. § 1983 complaint alleging deliberate indifference to a serious medical need. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Martin v. Duffy*, 977 F.3d 294, 298 (4th Cir. 2020) (stating standard of review). We also deny Brown's motions to assign counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*